No. D–1193. IN RE DISBARMENT OF MCGOWAN. It is ordered that Terrance Leon McGowan, of Santa Barbara, Cal., be sus-

pended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.